**STATE of Missouri, Respondent,**

v.

**James TURPIN, Appellant.**

**No. WD 34164.**

Missouri Court of Appeals, Western District.

Nov. 29, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Application to Transfer Denied March 20, 1984.

Murry A. Marks, Clayton, for appellant.

John Ashcroft, Atty. Gen., William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

ORDER

PER CURIAM.

This is a direct appeal from a jury conviction for manslaughter, in violation of § 565.005, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b)

All concur.